**N.S.G.**

v.

**C.L.O.**

**1093 MDA 2016**

Superior Court of Pennsylvania.

06/05/2017

2011–CV–4775–CU
(Dauphin)

Quashed

**COM.**

v.

**DONAHUE, S.**

**1469 MDA 2016**

Superior Court of Pennsylvania.

06/05/2017

Reargument Denied 8/16/2017

CP–22–CR–0003716–2015
(Dauphin)

Affirmed

**COM.**

v.

**DUNCAN, H., Jr.**

**1645 MDA 2016**

Superior Court of Pennsylvania.

06/05/2017

CP–67–CR–0000665–2016
(York)
Vacated/Remanded

**IN the INTEREST OF: R.N.
& F.N., a Minor**
**1725 MDA 2016**

Superior Court of Pennsylvania.

06/05/2017

CP–40–DP–0000013–2013 (Luzerne)
Quashed

**COM.**

v.

**VILLANUEVA, J.**

**205 MDA 2017**

Superior Court of Pennsylvania.

06/05/2017

CP–22–CR–0005179–2013
(Dauphin)
Affirmed

